

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00334-CV

| | | |
|---|---|---|
| IN THE INTEREST OF Y.W., A CHILD | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-705952-21) |
| | § | December 22, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to strike the Family Code Section 161.002 finding on page 4. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach